**FILED**
CLERK, U.S. DISTRICT COURT
7/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-mj-00456 |
| v. | 20-cr-12777-LAB-1 |
| CARLOS ARNOLDO ALMAZAN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Probation Violation
in the Southern District of California on 07/01/2021
at 0830 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3583
to wit: 18 United States Code 3583 Supervise release violation

A warrant for defendant's arrest was issued by: Honorable Larry Alan Burns

Bond of $ No Bail was ☒ set / ☐ recommended.

Type of Bond: No BAil

Relevant document(s) on hand (attach): NA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/1/21
              Date

*Daniel Donoso 07/01/2021*
Signature of Agent

Daniel Donoso
Print Name of Agent

USMS
Agency

DUSM
Title