Submit this form by e-mail to:

| | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty. |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. |

**FILED**
CLERK, U.S. DISTRICT COURT
7/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____LM____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:21-mj-00456

UNITED STATES OF AMERICA
         v.                                           PLAINTIFF
CARLOS ARNOLDO ALMAZAN
USMS# 95489-298                                       DEFENDANT

CASE NUMBER: 20-cr-12777-LAB-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 07/01/02021 at 0830 ☐ AM ☐ PM
   or
   The defendant was arrested in the NA District of NA on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 United States Code 3583 Supervise release violation

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☐ Yes  Language: NA

7. Year of Birth: 1999

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: NA     Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): NA

11. Name: Daniel Donoso  (please print)

12. Office Phone Number: 951-276-6165
13. Agency: USMS

14. Signature: *Daniel Donoso 07/01/2021*
15. Date: 07/01/2021

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION