# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
PLEASE RECEIPT AND RETURN
7/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: LM  DEPUTY

UNITED STATES OF AMERICA

V.

Carlos Arnoldo Almazan

**WARRANT FOR ARREST**

5:21-mj-00456

Case Number: 20-cr-01277-LAB-1

## NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Carlos Arnoldo Almazan_
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with (brief description of offense):
See above

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                              Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

s/ Z. Akindipe      *Z. Akindipe (SEAL)*   8/26/2020 San Diego, CA
Signature of Deputy                        Date and Location

Bail fixed at $ ___No bail___  by  ___The Honorable Larry Alan Burns___
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |